## ROCHELLE v. STATE.
### No. 20316.

Court of Criminal Appeals of Texas.
March 29, 1939.

J. T. Ranspot, of Mineral Wells, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is driving an automobile upon a public highway while intoxicated. The punishment assessed is confinement in the county jail for a period of 15 days and a fine of $50.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the of-

## ROBERSON v. STATE.
### No. 20318.

Court of Criminal Appeals of Texas.
March 29, 1939.

John S. Simmang, of Giddings, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is agreeing to accept a bribe; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.